UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-bk-06881

IN RE:

THOMAS J. REILLY, JR.,

JENNIFER M. REILLY,

      Debtor(s).

_____/

## ORDER GRANTING MOTION TO APPROVE FANNIE MAE TRIAL MODIFICATION AGREEMENT

This case was considered on the Debtors' Motion to Approve Fannie Mae Trial Modification Agreement (Doc. No. 38) (the "Motion"). Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 38) is granted.

2. The trial modification agreement with Seterus is approved and the parties are ordered to comply with the terms of the agreement.

3. The modified payment is $1,146.63 and the Debtors shall begin payments on July 1, 2014.

4. The mortgage payments should be sent to the following address:

    Seterus, Inc.

    P.O. Box 11790

    Newark, NJ 07101-4790

5.  Any interested parties may object to this order within fourteen (14) days from the date of service of this order.  If an interested party files such an objection within this time period, the Court will schedule the motion for hearing on notice to the Debtor, Debtor's counsel, the Chapter 13 Trustee, and to the objecting party.

6.  All other orders that do not conflict with this order remain in full force and effect.

DONE and ORDERED in Orlando, Florida, this 4th day of September, 2014

_____
Arthur B. Briskman
United States Bankruptcy Judge

Attorney for the Debtor, Sandra E. Evans, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of this order.