# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE:<br><br>Thomas J Reilly<br>Jennifer M Reilly<br><br><br>Debtors | Case No:    6:13-bk-06881-ABB<br>Chapter 13 |

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, docket number 37. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on February 12, 2014 shall remain the same and in full force and effect.

**Done and Ordered on** October 17, 2014

Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**Exhibit "A"**

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Sandra E Evans | Attorney Fee | $5,000.00 | $5,000.00 | | | |
| | | | | | | 01-10/ | $230.00 |
| | | | | | | 11-12/ | $150.00 |
| | | | | | | 13-60/ | $50.00 |
| 001 | Dell Financial Services, Llc | General Unsecured | $736.78 | $736.78 | | 1-60/ | Pro Rata |
| 002 | American Infosource, Lp | General Unsecured | $2,243.01 | $2,243.01 | | 1-60/ | Pro Rata |
| 003 | Capital One Bank (Usa), N.A. | General Unsecured | $2,533.97 | $2,533.97 | | 1-60/ | Pro Rata |
| 004 | Antio, Llc | General Unsecured | $4,460.54 | $4,460.54 | | 1-60/ | Pro Rata |
| 005 | Portfolio Recovery Associates, Llc | General Unsecured | $2,082.85 | $2,082.85 | | 1-60/ | Pro Rata |
| 006 | Portfolio Recovery Associates, Llc | General Unsecured | $863.09 | $863.09 | | 1-60/ | Pro Rata |
| 007 | Pra Receivables Management, Llc | General Unsecured | $8,028.97 | $8,028.97 | ( 1) | 1-60/ | Pro Rata |
| 008 | American Express Centurion Bank | General Unsecured | $1,860.71 | $1,860.71 | | 1-60/ | Pro Rata |
| 009 | American Express Centurion Bank | General Unsecured | $13,956.63 | $13,956.63 | | 1-60/ | Pro Rata |
| 010 | Seterus, Inc. | Ongoing Mortgage | $179,403.52 | $0.00 | ( 2) | | |
| | | | | | | 01-05/ | $1,200.00 |
| | | | | | | 06-13/ | $1,120.79 |
| | | | | | | 14-60/ | $1,146.63 |
| 011 | Portfolio Recovery Associates, Llc | General Unsecured | $11,086.00 | $11,086.00 | | 1-60/ | Pro Rata |
| 300 | Elizabeth Mccausland | Administrative Fees | $350.00 | $350.00 | ( 3) | | |
| | | | | | | 01-01/ | $350.00 |

Note ( 1)   CLAIM TRANSFERRED TO PRA RECEIVABLES MANAGEMENT, LLC - 7/29/14.

Note ( 2)   PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $179,403.52.
PURSUANT TO ORDER DATED 09-04-14 DOC 40, THE TRIAL PERIOD AGREEMENT IS HERBY APPROVED AND THE PARTIES ARE ORDERED TO COMPLY WITH THE TERMS OF THE AGREEMENT. UPON TIMELY RECEIPT BY LENDER OF ALL PAYMENTS REQUIRED UNDER THE TRIAL PERIOD PAYMENT PLAN, LENDER WILL CONDUCT ITS FINAL REVIEW TO DETERMINE DEBTOR'S QUALIFICATION FOR A FINAL LOAN MODIFICATION AGREEMENT. THE PARTIES SHALL PARTICIPATE IN A CONTINUED MEDIATION, IF NECESSARY. SIXTY (60) DAYS FOLLOWING THE FILING OF THE MEDIATOR'S FINAL REPORT, THE DEBTOR SHALL EITHER MODIFY THE PLAN TO PAY THE CLAIM AS FILED OR MODIFY THE PLAN TO PROVIDE FOR MONTHLY PAYMENTS PURSUANT TO THE TERMS OF ANY FINAL LOAN MODIFICATION AGREEMENT REACHED BY THE PARTIES. IF NEITHER IS DONE, RELIEF FROM THE AUTOMATIC STAY IS GRANTED WITHOUT FURTHER HEARING.
PAYMENT ADDRESS CHANGED TO MATCH ORDER DOC #40 – 9/4/14.

Note ( 3)   THIS CLAIM REPRESENTS THE MORTGAGE MEDIATION FEE.

**Debtor Payments to the Trustee**

| Months | Amount |
|---|---|
| 1-5 | $2,353.00 |
| 6-60 | $2,225.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.

Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:  In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is May 30, 2018. Therefore, it is important that the Debtors  resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.