UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-bk-06881-ABB

IN RE:

THOMAS J. REILLY, JR.,

JENNIFER M. REILLY,

      Debtor(s).
_____/

## MOTION TO COMPEL PRODUCTION OF PERMANENT LOAN MODIFICATION AGREEMENT

COME NOW the Debtors by and through their undersigned counsel and hereby file this Motion to Compel Production of Permanent Loan Modification Agreement from and moves this Court for an Order Compelling Production of Permanent Loan Modification Agreement from US Bank Trust N.A., as trustee of Bungalow Series F Trust and in support thereof would state as follows:

1. The Debtors filed a Motion for Referral to Mortgage Modification Mediation with Seterus, Inc. on or about September 10, 2013 (Doc. 18).

2. At the time the Motion for Referral to Mortgage Modification Mediation was filed, Seterus, Inc. was the servicer for the mortgage however Federal National Mortgage Association was the holder of the note.

3. This Court entered the Mortgage Modification Mediation Order on or about September 10, 2013 (Doc. 20).

4. The purpose of filing for mediation was to assist the Debtors in modifying the current mortgage encumbering their primary residence so that the Debtors will be able to retain the property.

5. On or about August 28, 2014, Debtors' attorney filed a Motion for Approval of Temporary Loan Modification Mediation Agreement (Doc. No. 38).

6. On or about September 4, 2014, the Order Granting Motion for Approval of Temporary Loan Modification Mediation Agreement (Doc. No. 40) was entered.

7. As required under the terms of the Temporary Loan Modification Agreement, the Debtors have made all three (3) of the required trial payments and have continued to make all of their regular monthly mortgage payments as required under the Temporary Loan Modification Agreement.

8. Pursuant to the terms of the Temporary Loan Modification Agreement and Order Granting Motion for Approval of Temporary Loan Modification Mediation Agreement, the loan was to be permanently modified upon successful completion of the trial period.

9. As of the date of this Motion, the Permanent Loan Modification Agreement still has not been received by counsel for the Debtors.

10. The mortgage has subsequently been transferred to US Bank Trust N.A., as trustee of Bungalow Series F Trust (Doc. No. 52).

11. Debtors' attorney has made multiple attempts to resolve this matter, but all attempts have been ignored by, Federal National Mortgage Association, US Bank Trust N.A., as trustee of Bungalow Series F Trust and the servicers overseeing this account.

WHEREFORE, Debtors by and through their undersigned attorney respectfully request that this Court:

1. Enter an Order Compelling Production of Permanent Loan Modification Agreement from US Bank Trust N.A., as trustee of Bungalow Series F Trust within 7 days of this Order.

2. Any further relief this court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed or electronically mailed to:

Laurie K. Weatherford, Trustee
P.O. Box 3450
Winter Park, FL 32790-3450

US Bank Trust N.A., as trustee of Bungalow Series F Trust, Creditor
℅ BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Thomas & Jennifer Reilly, Debtors
61 Ravenwood Drive
Port Orange, FL 32129

Dated this 13th day of April 2018.

/s/Sandra E. Evans
Sandra E. Evans, P.L.

Attorney for Debtor
By Sandra E. Evans
Bar No. 0615021
218 East New York Avenue
DeLand, FL 32724
(386) 734-5550