ORDERED.

Dated:  May 14, 2018



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-bk-06881-ABB

IN RE:

THOMAS J. REILLY, JR.,

JENNIFER M. REILLY,

      Debtor(s).
_____/

## ORDER GRANTING DEBTORS' MOTION COMPEL PRODUCTION OF PERMANENT LOAN MODIFICATION AGREEMENT

**THIS CAUSE** came before the Court at an Evidentiary Hearing on May 9, 2018 upon the Debtors' Motion to Compel Production of Permanent Loan Modification Agreement from US Bank Trust N.A., as trustee of Bungalow Series F Trust (Doc. No. 55); the Court, having reviewed the Debtors' said Motion and the Court file, having heard argument of the Debtors' counsel, and having otherwise been duly advised in the premises, it is hereby:

ORDERED:

1. That the Debtors' Motion to Compel Production of Permanent Loan Modification Agreement from US Bank Trust N.A., as trustee of Bungalow Series F Trust (Doc. No. 55) is Granted.

2. That the Creditor, US Bank Trust N.A., as trustee of Bungalow Series F Trust shall provide the Permanent Loan Modification Agreement to Debtors' counsel within 7 days of this Order.

Attorney, Sandra E. Evans is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.