UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.:   6:13-bk-06881-ABB

THOMAS J. REILLY, JR.,

JENNIFER M. REILLY,

        Debtors.
_____/

MOTION FOR SANCTIONS AGAINST US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST FOR FAILURE TO PROVIDE LOAN MODIFICATION AGREEMENT

    COME NOW the Debtors, Thomas & Jennifer Reilly, by and through their undersigned attorney and would allege as follows:

1.    The Debtors, Thomas & Jennifer Reilly (hereinafter "Debtors"), commenced a voluntary Chapter 13 bankruptcy on May 31, 2013.

2.    US Bank Trust N.A., as trustee of Bungalow Series F Trust (hereinafter "Creditor") bank is a secured creditor that holds the Note on the loan secured by the Debtors' homestead property.

3.    On or about April 13, 2018, the Debtors' filed a Motion to Compel Permanent Loan Modification Agreement.

4.    On or about May 9, 2018, the Motion was granted at a hearing. The Creditor failed to appear at the hearing and did not file a response to the Debtors' motion.

5. The Court entered the Order Granting Debtors' Motion to Compel Production of Permanent Loan Modification Agreement on or about May 14, 2018.

6. Pursuant to the terms of the Order, Creditor had 7 days to provide Debtors' counsel with a copy of the permanent loan modification agreement. As of the date of this motion, Creditor has failed to provide the permanent loan modification agreement.

7. Based on the terms of the trial modification agreement, it appears that the permanent modification terms would be as follows:

| YEARS DATE | INTEREST RATE | INTEREST RATE CHANGE | MONTHLY PRINCIPAL & INTEREST PAYMENT | ESTIMATED MONTHY ESCROW PAYMENT* | TOTAL MONTHLY PAYMENT* | PAYMENT BEGINS ON | NUMBER OF MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|
| 1-30 | 3.281% | N/A | $720.88 | $271.97* | $992.85* | 7/1/2014 | 360 |

*These amounts are provided as per the Notice of Mortgage Payment Change filed by Creditor on May 10, 2017.

8. The Creditor's actions are willful and intentional.

WHEREFORE, Debtors, Thomas & Jennifer Reilly, request that this Honorable Court will direct the Creditor to immediately provide the permanent loan modification agreement to Debtors' counsel or in the alternative issue an Order Approving Permanent Loan Modification pursuant to the modification terms listed in this Motion and grant such further relief as this Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Postal Service to:

Laurie K. Weatherford, Trustee
P.O. Box 3450
Winter Park, FL 32790-3450

US Bank Trust N.A., as trustee of Bungalow Series F Trust, Creditor
℅ BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Thomas & Jennifer Reilly, Debtors
61 Ravenwood Drive
Port Orange, FL 32129

on this 22nd day of June 2018.

                                                      /s/Sandra E. Evans
                                                      Sandra E. Evans, P.L.
                                                      By Sandra E. Evans
                                                      FL Bar No.:  0615021
                                                      208 East New York Avenue
                                                      DeLand, FL 32724
                                                      (386) 734-5550