**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

                                                               Case No.: 6:13-bk-06881-ABB
                                                                                   Chapter 13

**THOMAS J. REILLY**
**JENNIFER M. REILLY**,

     Debtors.
_____/

## NOTICE OF HEARING

**NOTICE IS HERBY GIVEN** that a hearing has been scheduled for **July 18, 2018 at 1:00 p.m.** in Orlando, FL - Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, to consider the following:

Amended Emergency Motion to Vacate Order Granting Debtors' Motion to Compel Production of Permanent Loan Modification Agreement Filed by Chase A Berger on behalf of Creditor US Bank Trust N.A., as trustee of Bungalow Series F Trust (related document(s)71). (Berger, Chase) Modified on 7/9/2018 (Melanie). Related document(s) 58. [D.E. 72]

**Dated this 10th day of July, 2018.**

                                                      Respectfully submitted,

                                                      **GHIDOTTI | BERGER, LLP**
                                                      *Attorneys for Secured Creditor*
                                                      3050 Biscayne Blvd. - Suite 402
                                                      Miami, Florida 33137
                                                      Telephone: (305) 501.2808
                                                      Facsimile: (954) 780.5578

                                                      By:    /s/ Chase A. Berger
                                                               Chase A. Berger, Esq.
                                                               Florida Bar No. 083794
                                                               cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtors*
**Thomas J. Reilly, Jr.**
**Jennifer M. Reilly**
61 Ravenwood Drive
Port Orange, FL 32129

*Debtor's Counsel*
**Sandra E. Evans, Esq.**
218 East New York Avenue
DeLand, FL 32724-5413

*Trustee*
**Laurie K Weatherford**
P.O. Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
Chase A. Berger, Esq.