**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                                   Chapter 13
                                                        Case No.: 6:13-bk-06881-ABB

**THOMAS J. REILLY, JR.** and
**JENNIFER M. REILLY,**

      Debtors.
_____/

**NOTICE OF WITHDRAWAL OF AMENDED EMERGENCY MOTION
TO VACATE ORDER GRANTING DEBTORS' MOTION TO COMPEL
PRODUCTION OF PERMANENT LOAN MODIFICATION AGREEMENT**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR BUNGALOW SERIES F TRUST**, ("Secured Creditor") by and through undersigned counsel, hereby files its Notice of Withdrawal of Amended Emergency Motion to Vacate Order Granting Debtors' Motion to Compel Production of Permanent Loan Modification Agreement [D.E. 72].

**Dated this 23rd day of August, 2018.**

                                                      Respectfully submitted,

                                                      **GHIDOTTI | BERGER, LLP**
                                                      *Attorneys for Secured Creditor*
                                                      3050 Biscayne Blvd. - Suite 402
                                                      Miami, Florida 33137
                                                      Telephone: (305) 501.2808
                                                      Facsimile: (954) 780.5578

                                                      By:    /s/ Chase A. Berger
                                                              Chase A. Berger, Esq.
                                                              Florida Bar No. 083794
                                                              cberger@ghidottiberger.com

*CASE NO.: 6:13-bk-06881-ABB*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtors*
**Thomas J. Reilly, Jr.**
**Jennifer M. Reilly**
61 Ravenwood Drive
Port Orange, FL 32129

*Debtor's Counsel*
**Sandra E. Evans, Esq.**
218 East New York Avenue
DeLand, FL 32724-5413

*Trustee*
**Laurie K Weatherford**
Post Office Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.